No. 96–6368.  MEACHAM v. UNITED STATES; and
No. 96–6477.  BOTELLO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.  Reported below: 95 F. 3d 1153.

No. 96–6371.  PLANTE v. IPSWICH POLICE DEPARTMENT ET AL. App. Ct. Mass.  Certiorari denied.

No. 96–6372.  SCHNEIDER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 96–6385.  WUTTHIDETGRAINGGRAI ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–6387.  GODAIRE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 96–6391.  CALLINS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–6409.  MEREDITH v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–6412.  SIMS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6413.  JOHNSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–6415.  MOSCHGAT v. WORKMEN'S COMPENSATION APPEAL BOARD OF PENNSYLVANIA.  Commw. Ct. Pa.  Certiorari denied.

No. 96–6424.  DE. D. v. DISTRICT OF COLUMBIA ET AL.  Ct. App. D. C.  Certiorari denied.

No. 96–6426.  LY TRINH HINH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6434.  WRONKE v. MADIGAN, SHERIFF, CHAMPAIGN COUNTY, ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.